UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LINNETH ROSE BROWN,**

    Petitioner,

v.                                                                                Case No. 3:11cv479/RV/CJK

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2014 (doc. 13). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is DISMISSED WITH PREJUDICE for lack of jurisdiction, as petitioner has not demonstrated entitlement to proceed under that section.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of March, 2014.

                                    /s/ Roger Vinson
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**